

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00800-CV

Brenda **PICKENS**,
Appellant

v.

Thomas **LEYTHAM**, M.D.,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00666
Honorable David A. Canales, Judge Presiding[1]

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Costs of this appeal are taxed against Appellant Brenda Pickens.

SIGNED February 26, 2014.

_____
Patricia O. Alvarez, Justice

---

[1] The proceeding in Cause No. 04–13–00800–CV arises out of Cause No. 2013–CI–00666, styled *Thomas Pickens and Brenda Pickens v. John Choe, M.D., Thomas J. Leytham, M.D., VHS San Antonio Partners, LLC d/b/a Northeast Baptist Hospital, Baptist Hospital System, and Northeast Baptist Hospital*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Karen Pozza presiding. However, the orders complained of were signed by the Honorable David A. Canales, presiding judge of the 73rd Judicial District Court, Bexar County, Texas.